UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) <br> ) <br> Plaintiff,  ) <br> v.                                              ) <br> ) <br> SERGIO BUCIO ACOSTA,          ) <br> ) <br> Defendant.   ) | Case No. 23-CR-20055 |

### ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On March 27, 2024, a Report and Recommendation (#61) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant Sergio Bucio Acosta's plea of guilty as to Counts 1 through 5 of the Indictment (#42) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation is to be prepared. A sentencing hearing remains set for July 29, 2024, at 1:30 pm before this court.

ENTERED this 15th day of April, 2024.

s/ Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE